AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 22-MJ-666-MJP |
| DANTE BOLLING | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 25, 2022__ in the county of __Monroe__ in the __Western__ District of __New York__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 924(c)(1)(A)(i) | Possession of firearm in furtherance of drug trafficking crime |
| Title 21, United States Code, Section 841(a)(1) | Possession of cocaine with intent to distribute |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Sean Martineck, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

☑ Continued on the attached sheet.

*Complainant's signature*

Sean Martineck ATF Special Agent
*Printed name and title*

Affidavit and Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed. R. Crim.P. 4.1 and 4 (d) on:

Date: August 25, 2022

*Judge's signature*

City and state: Rochester, New York

Hon. Mark W. Pedersen, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

22-MJ-666

DANTE BOLLING,

Defendant.

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, SEAN MARTINECK, being duly sworn, depose and state the following:

## INTRODUCTION

1.    I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms & Explosives (hereinafter ATF), and am assigned to the Rochester, New York Field Office. Your affiant is a graduate of the ATF National Academy and the Criminal Investigator School located at the Federal Law Enforcement Training Center in Glynco, Georgia. Your affiant has been employed as an ATF Special Agent since 2001. Your affiant has been involved in over five hundred (500) firearms and narcotics trafficking investigations and has participated in over five hundred (500) federal and state search warrants involving firearms and narcotics. Since becoming an ATF Agent, your affiant has seized, or has been involved in investigations which have seized, well over five hundred (500) firearms. I am currently assigned to the Rochester Police Department's Violent Crime Task Force. Prior to becoming an ATF Agent, I was employed as a United States Probation Officer for approximately 4 years, where I handled numerous firearm-related cases.

2.      This affidavit is submitted in support of a criminal complaint charging DANTE BOLLING with a violation of Title 21, United States Code, Section 841 (a)(1) (possession of cocaine with intent to distribute) and Title 18, United States Code, Section 924(c)(1)(A)(i) (possession of a firearm in furtherance of a drug trafficking crime). The assertions made herein are based solely upon the personal knowledge of your affiant and information I have received from this investigation, including my direct participation in this investigation, and discussions with other law enforcement officers involved with this investigation.

3.      On August 24, 2022, U.S. Magistrate Judge Mark Pederson issued a federal search warrant for 107 Mayflower Street, Rochester, NY, for violations of Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute, and distribution of, cocaine).

4.      On August 25, 2022, at 7:12 a.m., ATF Agents and Federal Task Force Officers (TFOs) executed the search warrant at 107 Mayflower Street, Rochester, New York. Approximately 25 minutes prior to the warrant execution, surveillance officers observed BOLLING exit the side door of the residence and drive away in a vehicle that was parked in the driveway. BOLLING was stopped several miles away and detained by ATF TFOs. Inside the residence, agents located no individuals. Located during the search was the following evidence:

- In the kitchen cabinets above the refrigerator:
    - One 9mm semi-automatic pistol with no known serial number or model (also known as a "personal made firearm" (PMF) or "ghost gun." This firearm has a black slide, OD green receiver, and a laser. It was loaded with 10 rounds of assorted 9mm ammunition;

- - One 9mm semi-automatic pistol with no known serial number or model (also a PMF or "ghost gun"). This firearm has an aqua green slide, black receiver, and a light. It was loaded with 10 rounds of assorted 9mm ammunition;
  - Two boxes of 9mm ammunition containing a total of 32 rounds of 9mm ammunition;
  - Two (2) loose rounds of assorted 9mm ammunition.
- In the primary bedroom:
  - Approximately 66 grams of suspected cocaine packaged in a clear sandwich bag, found in a dresser drawer;
  - A scale with white residue, baking soda, new and unused baggies, (all of which are commonly used in the distribution of cocaine), all located on top of a table in the corner of the primary bedroom;
- Miscellaneous pieces of mail were found throughout the residence in BOLLING's name.

5. After his detention, BOLLING was then taken back to the Public Safety Building to be interviewed. BOLLING was provided his Miranda warnings by your affiant. BOLLING waived these rights and agreed to speak with police. BOLLING stated the following, in sum and substance, to your affiant and TFO Vinny Re. BOLLING advised he has resided at 107 Mayflower Street for approximately 8 months. BOLLING advised the firearms and cocaine located in the house were his, and he described the locations where police found them. BOLLING advised he has been selling cocaine for approximately 2 years to make money, and he sells 62 grams of cocaine a month. BOLLING advised he had the firearms for protection. BOLLING advised he bought the first gun about a year and a half ago as he was being threatened by an unknown male over a girl, and he bought the second handgun several months ago. BOLLING advised he had these handguns for protection.

6. ATF Special Agent Patrick Hoffmann performed a field-test on the suspected cocaine recovered inside 107 Mayflower Street, which tested positive for the presence of cocaine.

7. Based on the above information, I submit there is probable cause to believe that on August 25, 2022, in the City of Rochester, County of Monroe, New York, Western District of New York, Dante BOLLING was in violation of Title 21, United States Code, Section 841(a)(1) (possession of cocaine with intent to distribute) and Title 18, United States Code, Section 924(c)(1)(A)(i) (possession of a firearm in furtherance of a drug trafficking crime).

_____
SEAN MARTINECK
ATF Senior Special Agent

Affidavit and Complaint submitted electronically by email
in .pdf format. Oath administered, and contents and signature,
attested to me as true and accurate telephonically pursuant to
Fed. R. Crim.P. 4.1 and 4 (d) on August 25, 2022

_____
HONORABLE MARK W. PEDERSEN
United States Magistrate Judge